UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MEGAN RANKINS,
on behalf of herself and all
others similarly situated,

        Plaintiff,

v.                                              Case No. 22-cv-0299-bhl

COPPERLEAF MANAGEMENT GROUP INC,

        Defendant.

## ORDER GRANTING MOTION FOR JOINT PRELIMINARY SETTLEMENT APPROVAL

This matter is before the Court on the parties' joint motion for preliminary settlement approval. Upon careful consideration of the joint motion, the submissions in support of the motion, and the record as a whole, the Court will preliminarily approve the parties' settlement agreement. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' joint motion for preliminary settlement approval, ECF No. 11, is **GRANTED**. The Court finds that the settlement terms negotiated by the parties and described in the Settlement Agreement are a fair, reasonable, and adequate resolution of a bona fide dispute under the Fair Labor Standards Act (FLSA) and the Wisconsin Wage Payment and Collection Laws (WWPCL).
2. The WWCPL class is preliminarily certified as a class action under Fed. R. Civ. P. 23 for the purpose of settlement only.
3. The FLSA collective is preliminarily certified as a collective action under 29 U.S.C. §216(b) for the purpose of settlement only.
4. Named plaintiff, Megan Rankins, is appointed as the representative for the class and the collective.

5. The law firm Walcheske & Luzi, LLC is appointed as class counsel pursuant to Fed. R. Civ. P. 23(g) and as collective counsel pursuant to 29 U.S.C. §216(b).
6. The Notice Packet in the form of Exhibit A to the parties' Settlement Agreement is approved for distribution to all putative collective and class members as long as the highlighted portions of the Notice are updated to conform with the information in the Settlement and in the joint motion for preliminary settlement approval.
7. The Notice Packet constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to putative collective members and putative class members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.
8. Each putative collective member who wishes to be included in the FLSA collective must opt in per the instructions set forth in the Notice Packet and their response must be postmarked within thirty (30) days of the mailing of the Notice Packet.
9. Any putative collective member who has properly and timely opted in to the FLSA collective and filed a consent to join form with this Court shall be bound by this Agreement when the Court issues a final order.
10. Each putative class member who wishes to be excluded from the WWCPL class must opt out per the instructions set forth in the Notice Packet and their response must be postmarked within thirty (30) days of the mailing of the Notice Packet.
11. Any putative WWCPL class member who has not properly and timely requested exclusion from the class shall be bound by this Agreement when the Court issues a Final Order.
12. The Court will conduct a Fairness Hearing on **December 16, 2022 at 1:30 p.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, Wisconsin 53202.
13. Any motions, including but not limited to a motion for approval of attorneys' fees and costs, a motion for approval of the named plaintiff's service award, or a joint motion for final settlement approval, must be filed with the Court no later than seven (7) days prior to the Fairness Hearing.
14. Any putative collective member or putative class member who wishes to object in any way to this Agreement must file and serve such written objections per the instructions set forth in the Notice Packet, which must be postmarked no later than thirty (30) days after the mailing of the Notice Packet, together with copies of all papers in support of his or her

position. The Notice Packet shall state that the Court will not consider objections of any putative collective member or putative class member who has not properly served copies of his or her objections on a timely basis.

Dated at Milwaukee, Wisconsin on September 16, 2022.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge