# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes</u>

| | |
|---|---|
| HEARING DATE: | December 16, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 22-cv-0299-bhl |
| CASE NAME: | *Megan Rankins v. Copperleaf Management Group, Inc.* |
| MATTER: | Fairness Hearing |
| APPEARANCES: | Scott S. Luzi, Attorney for Plaintiff |
| | Craig T. Papka, Attorney for Defendant |
| TIME: | 1:30 p.m. – 1:45 p.m. |
| COURTROOM DEPUTY: | Julie. D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 31**

---

The Court provided the procedural background of the case. Counsel for the parties reported on the progress of the case since the Court granted preliminary approval of their settlement. Plaintiff's counsel confirmed that notice of the settlement had been provided to the Class/Collective and that no objections to the settlement had been received. Counsel for the parties also explained why the terms of the settlement are a fair, reasonable, and adequate resolution of a *bona fide* dispute over contested issues. Based on the materials submitted and the statements of counsel, the Court granted final approval of the settlement.

Dated at Milwaukee, Wisconsin on December 19, 2022.

s/ *Brett H. Ludwig*<br>
BRETT H. LUDWIG<br>
United States District Judge