UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MEGAN RANKINS,
on behalf of herself and all
others similarly situated,

                Plaintiff,

                                                                     Case No. 22-cv-0299-bhl

  v.

COPPERLEAF MANAGEMENT GROUP, INC.,

                Defendant.

---

### ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

---

        On August 5, 2022, the parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 11) and their fully executed Settlement Agreement and Release (ECF No. 11-1), in this dual Fed. R. Civ. P. 23 class action and Fair Labor Standards Act (FLSA) collective action. On September 16, 2022, the Court granted preliminary approval in part and scheduled a final fairness hearing. (ECF No. 14.)

        On November 22, 2022, the parties filed a Joint Motion for Final Approval of Settlement, (ECF No. 27), Plaintiff's Unopposed Motion for Approval of Service Award, (ECF No. 26), and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF No. 22).

        On December 16, 2022, the Court conducted a Fairness Hearing on the parties' request for final approval of their Settlement Agreement and Release and determined that the settlement in this matter, Plaintiff's counsel's attorneys' fees and case-related costs and expenses, and Plaintiff's service award are fair and reasonable. Based on the parties' submissions and the representations of Counsel, the Court **FINDS**:

        1        The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).

        2.       The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over contested issues under the FLSA.

        3.       Plaintiff Megan Rankin's service award in the amount of $2,500.00 is reasonable.

4. Plaintiff's request for attorneys' fees and case-related costs and expenses in the amount of $25,000.00 is reasonable.

**IT IS THEREFORE ORDERED**:

1. The Wisconsin Wage Payment and Collection Laws (WWPCL) Class is certified pursuant to Fed. R. Civ. P. 23 and the FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

2. The parties' Joint Motion for Final Approval of Settlement, (ECF. No. 27) is **GRANTED** and the parties' Settlement Agreement (ECF No. 11-1), is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3. Megan Rankins is appointed as Class Representative for the WWPCL Class and FLSA Collective.

4. Walcheske & Luzi, LLC is appointed as counsel for the WWPCL Class and FLSA Collective.

5. The Settlement Agreement is binding on Plaintiffs, Defendant, and all settling Plaintiffs.

6. Plaintiff's Unopposed Motion for Approval of Service Award, (ECF No. 26) is **GRANTED** and Plaintiff Megan Rankins's Service Award of 2,500.00 is hereby **APPROVED**.

7. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF. No. 22) is **GRANTED** and counsel's requested award of attorneys' fees and costs in the total amount of $25,000.00 is hereby **APPROVED.**

8. Plaintiff's released claims and those of all settling Plaintiffs are hereby **DISMISSED** with prejudice.

9. The claims of any putative settling Plaintiff who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement are hereby **DISMISSED** without prejudice.

10. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

      **SO ORDERED** on December 19, 2022.

                                        s/ *Brett H. Ludwig*
                                        BRETT H. LUDWIG
                                        United States District Judge